# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY DIANE MOHAMMAD, | |
| Plaintiff, | Case No: 1:16-cv-10117 |
| v. | Honorable Judge Harry D. Leinenweber |
| COMENITY BANK, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, KIMBERLY DIANE MOHAMMAD, and the Defendant, COMENITY BANK, through their respective counsel that the above-captioned action is dismissed, with prejudice, against COMENITY BANK, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 3, 2017                                     Respectfully Submitted,

**KIMBERLY DIANE MOHAMMAD**                **COMENITY BANK**

/s/ Nathan C. Volheim                                /s/ Jennifer L. Majewski (*with consent*)
Nathan C. Volheim                                     Jennifer L. Majewski
*Counsel for Plaintiff*                               *Counsel for Defendant*
Sulaiman Law Group, LTD                               Pilgrim Christakis LLP
900 Jorie Boulevard, Suite 150                        321 North Clark Street, 26th Floor
Oak Brook, Illinois 60523                             Chicago, IL 60654
Phone: (630) 575-8181                                 Phone: (312) 939-0953
Fax :( 630) 575-8188                                  jmajewski@pilgrimchristakis.com
nvolheim@sulaimanlaw.com